**MEYEROWITZ et al., Appellants, v. DEYO et al., Respondents.** (Supreme Court, Appellate Term. June 28, 1900.) Action by Jacob Meyerowitz and Joseph Goodman against Royal D. Deyo and Lester C. Fitzgerald. From a judgment in favor of defendants, plaintiffs appeal. Affirmed. William Klingenstein, for appellants. Pannes & Eberhardt, for respondents.

PER CURIAM. Judgment affirmed, with costs.

---

**MILLER, Respondent, v. HARTMAN, Appellant.** (Supreme Court, Appellate Term. June 13, 1900.) Action by Lewis A. Miller against William Hartman. From a judgment in favor of plaintiff, defendant appeals. Reversed. Herbert F. Andrews, for appellant. Joseph M. Williams, for respondent.

PER CURIAM. There is no evidence that at the time of the making of the check the defendant did not have sufficient funds on deposit in the bank upon which it was drawn. The judgment must therefore be reversed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

**MILLER v. RUDD et al., Appellants** (CORNELL et al., Respondents). (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Thaddeus K. Miller against Janet Rudd and others and Annie E. Cornell and others. A. G. Fox, for appellants. J. E. Parsons, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

**MILLS, Appellant, v. LAWRENCE, Respondent.** (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Bert H. Mills against Samuel M. Lawrence. No opinion. Judgment affirmed, with costs.

---

**MOHR, Respondent, v. LEHIGH VAL. R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 22, 1900.) Action by George W. Mohr against the Lehigh Valley Railroad Company.

PER CURIAM. It appearing the four justices qualified to sit in this case are equally divided in their opinion, it is hereby directed that the case be certified to the Third judicial department, in accordance with the provisions of section 231 of the Code of Civil Procedure.

**MOORE, Respondent, v. VOSBURGH, Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 22, 1900.) Action by Lou P. Moore against John L. Vosburgh.

PER CURIAM. Judgment and order affirmed, with costs, unless within 20 days from the service of a copy of this order the defendant serves an amended answer setting up the statute of frauds, leave to serve which is hereby granted, and pays the costs of the action, including the costs of this appeal, in which case the judgment and order are reversed, and a new trial granted.